**Form ksntcrev**  (Revised 03/27/2014)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 13−13063　　　　　　　　　　　　Chapter: 7

In re: (Name of Debtor)

| | |
|---|---|
| Ruben Ramon Gomez<br>1431 S Clay<br>Liberal, KS 67901 | Maria Eva Gomez<br>1431 S Clay<br>Liberal, KS 67901 |
| SSN: xxx−xx−3996 | SSN: xxx−xx−0715 |

**Entered By The Court
1/27/15**

**NOTICE OF ORDER REVOKING DISCHARGE OF DEBTOR(S)**

**Filed By The Court
1/27/15
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

Pursuant to Fed. R. Bankr.P.4006, you are hereby notified that an Order Revoking Discharge was filed for both Debtor and Joint Debtor on January 27, 2015 as document number 9 in an adversary proceeding captioned Trustee's Complaint to Revoke Discharge and for Money Judgment, 14−5104. A copy of that order may be obtained from the public records of the Bankruptcy Court.

Document 36

s/　David D. Zimmerman
Clerk of Court
US Bankruptcy Court